JENNIFER A. MARROW (276495)
JENNIFERM@MANDARICHLAW.COM
NEIL M. SHOLANDER (225894)
NEILS@MANDARICHLAW.COM
MANDARICH LAW GROUP LLP
6301 OWENSMOUTH AVENUE – SUITE 850
WOODLAND HILLS, CA 91367
PHONE: (877) 414-0130 EXT. 3329
FAX: (818) 888-1260

*Attorneys for Defendant*
CACH, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MIGUEL HUIZAR

JANNETBARAJAS,

         Plaintiffs,

   vs.

MANDARICH LAW GROUP, LLP

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: CV-13-00770 CAS

**CERTIFICATE OF SERVICE**

    I am a citizen of the United States and a resident of the State California. I am over the age of eighteen year, and not a party to the within action. My business address is 6301 Owensmouth Avenue, Suite 850, Woodland Hills, California

91367. On July 16, 2013, I served via the CM/ECF system the documents described below:

**DEFENDANT MANDARICH LAW GROUP, LLP NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES WITH ATTACHED DECLARATIONS AND EXHIBIT**

by Notice of Electronic Filing, which is a notice generated by the CM/ECF system at the time the documents listed above were filed with the Court, to lead counsel listed by CM/ECF as "*ATTORNEY TO BE NOTICED.*"

Patric A. Lester
Lester & Associates
5694 Mission Center Road #358
San Diego, CA 92108

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 16, 2013 in Woodland Hills, California.

*/s/Jennifer Marrow*
Jennifer A. Marrow

DEFENDANT'S CERTIFICATE OF SERVICE